# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| CHICAGO RESTAURANT & ENTERTAINMENT GUIDE, INC., an Illinois corporation, and DAVID LISSNER, an individual,<br><br>    Plaintiffs,<br><br>v.<br><br>CHICAGORESTAURANT.COM, an Internet Domain Name,<br><br>    Defendant. | Case No.: CV-10-1649-PHX-GMS<br><br>**JUDGMENT AND ORDER TO TRANSFER DOMAIN NAME** |

Plaintiffs having made a Motion for Default Judgment and Order to Transfer Domain Name pursuant to 15 U.S.C. § 1125(d)(2)(D)(i) (Doc. 10), and good cause having been shown,

**IT IS HEREBY ORDERED:**

1. Granting Plaintiffs' Motion for Default Judgment (Doc. 10).

2. Directing non-party GoDaddy.com, Inc., to transfer the Domain Name, CHICAGORESTAURANT.COM, to Plaintiff Chicago Restaurant & Entertainment Guide, Inc.

Dated this 11th day of January, 2011.

_____
G. Murray Snow
United States District Judge

Jaburg & Wilk, P.C.
Attorneys At Law
3200 N. Central Avenue, Suite 2000
Phoenix, Arizona 85012
(602) 248-1000